

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-24-00319-CV

**HYQUALITY ALLOYS, LLC**; JWF Group, Inc.; Jason W. Fowler; and Sandra Fowler,
Appellants

v.

**TRANSPECOS BANKS, SSB**,
Appellee

From the 407th Judicial District Court, Bexar County, Texas
Trial Court No. 2022CI03154
Honorable Norma Gonzales, Judge Presiding

BEFORE JUSTICE VALENZUELA, JUSTICE SPEARS, AND JUSTICE MEZA

In accordance with this court's opinion of this date, the trial court's "Order Granting Final Summary Judgment" is AFFIRMED. Costs of the appeal are taxed against the appellants.

SIGNED May 28, 2025.

_____
Lori I. Valenzuela, Justice